Certificate Number: 01201-ILN-DE-002351971

Bankruptcy Case Number: 07-09224

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 10, 2007, at 1:33 o'clock AM EDT,

Leslie A. Beyer completed a course on personal financial management given by internet by

Stand Sure Information Services, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: August 14, 2007    By    /s/James J Parrillo

                          Name  James J Parrillo

                          Title  Director of Technical Services