Certificate Number: 01201-ILN-DE-002351983

Bankruptcy Case Number: 07-09224

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 10, 2007, at 7:00 o'clock PM EDT,

Robert J. Beyer completed a course on personal financial

management given by internet by

Stand Sure Information Services, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Illinois.


Date: August 14, 2007          By    /s/James J Parrillo

                               Name  James J Parrillo

                               Title Director of Technical Services